IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TRAVIS KLEON AUDAIN, :
:
Petitioner, :
: CIVIL ACTION NO. 3:12-CV-02301
v. :
: (Judge Mariani)
THOMAS DECKER, :
:
Respondent. :

## ORDER

**AND NOW, TO WIT THIS 15TH DAY OF OCTOBER, 2013, IT IS HEREBY ORDERED THAT:**

1. Respondent's Motion on Suggestion of Mootness, or Alternative, Motion to Dismiss the Habeas Petition (Doc. 11) is **GRANTED**.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge